UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOY MASON as the Administratrix of the Estate
of GERMINE FORRESTER, and JOY MASON,
individually,

                              Plaintiffs,

   -against-

JOHN DINEEN, ROBERT DINEEN, JR. and
MAY RYAN, LLC, doing buisness as MICHAEL
ANTHONY'S RESTAURANT,

                              Defendants.
------------------------------------------------------------X

Docket No. CV11-00149

STIPULATION EXTENDING
TIME TO ANSWER

      IT IS HEREBY STIPULATED that the time for the defendants, JOHN DINEEN and ROBERT DINEEN, JR., to appear and to answer, be and the same hereby is extended to and including the 2nd day of March, 2011.

Dated: February 9, 2011

                                                   ADAM SATTLER (AS 1334)
                                                   EBANKS & SATTLER, LLP
                                                   Attorneys for Plaintiff

                                                 JOHN W. HOEFLING (JH 6577)
                                                 Attorney for Defendants
                                                 JOHN DINEEN and ROBERT DINEEN, JR.

SO ORDERED:

_____

Our File No. JWH/DG 109230-326