UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------x

JOY MASON as the Administratix of the Estate of GERMINE FORRESTER, and JOY MASON, individually

Plaintiff,

-against-

JOHN DINEEN , ROBERT DINEEN, Jr., and MAY RYAN, LLC., doing business as MICHAEL ANTHONY'S RESTAURANT

Defendants.

---------------------------------------------------------x

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(A)**

Civil Action # 2:11-CV-1176 (SRC)

PLEASE TAKE NOTICE, that plaintiff by his attorneys, EBANKS & SATTLER, LLP, pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, hereby submits for disclosure as follows:

a. The name and, if known the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of information. At the present time, the plaintiff is aware of the following individuals:

| **Name** | **Subject Matter** |
| --- | --- |
| Defendant John Dineen | Liability |
| Defendant Robert Dineen Jr. | Liability |

| | |
|---|---|
| Kenyon Obrien<br>218 Hopkins Ave Floor 3<br>Jersey City, NJ 07307 | Liability and Damages |
| Angel Vargas<br>233 E. 8th Street<br>Clifton, NJ 07011 | Liability and Damages |
| Youssef A. Jaafar<br>1600 73rd St. Apt 2<br>North Bergen, NJ 07047 | Liability and Damages |

---

| | |
|---|---|
| **All Responding Law Enforcement and Investigative Personnel:** | **Liability and Damages** |

P.O. Sanny Fernandez
Jersey City Police Department

P.O. Luis Matias
Jersey City Police Department

P.O. T. Broderick
Jersey City Police Department

P.O. D. Valente
Jersey City Police Department

P.O. B. Sullivan (photographer)
Jersey City Police Department

P.O. R. Ehlers
Jersey City Police Department

Sgt. J. Olszewski
Jersey City Police Department

P. O. E. Herdoiza
Jersey City Police Department

LT Cowan
Jersey City Police Department

Captain Cubby
Jersey City Police Department

| Witness | Subject |
|---|---|
| P.O. John Curtis<br>Crash Investigation/ JCPD | |
| P.O. L. Mecka<br>Jersey City Police Department | |
| Investigator C.M. Heger<br>Jersey City Police Department | |
| P.O. R. Flanmmelly<br>Riverdale PD, base #63 | |
| P.O. Joseph King<br>Crash Investigation/JCPD | |
| Sgt. C. Bulger<br>Riverdale Police Department | |
| Dr. Y. Ahuja | Damages |
| Carl Kellgren<br>Jersey City Medical Ctr - EMS | Damages |
| Charles Bracken<br>Jersey City Medical Ctr – EMS | Damages |
| Medical Examiner Investigator<br>Steven Cicala | Damages |
| Forensic Pathologist<br>Floriana Persechino, M.D. | Damages |
| Frank Cilento<br>Spatan Security | Liability |
| Mark Kobner<br>Spatan Security | Liability |
| Mark Real<br>Spatan Security | Liability |
| Daydatt Kaylessar<br>Jersey City Automotive Garage | Liability |

| | |
|---|---|
| Joy Mason | Damages |
| Joneal Mason | Damages |

b. A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of information. At the present time, the plaintiff is aware of the following:

**Description/Custodian/Location**

1. New Jersey Police Crash Investigation Report (See Exhibit "A")
   Jersey City, North District
   282 Central Avenue
   Jersey City, NJ 07307-3013

2. Jersey City Police Department, North District (See Exhibit "B")
   Arrest and Investigation Report
   Jersey City, North District
   282 Central Avenue
   Jersey City, NJ 07307-3013

3. Medical records of John Dineen
   Hackensack Hospital
   30 Prospect Avenue Hackensack, New Jersey 07601

4. 1999 Toyota Land Cruiser
   VIN # JT3HJ05J3X0037814
   Hudson County Prosecutor's Office
   595 Newark Avenue #6, Jersey City, NJ 07306

5. DNA Swab Specimens
   From 1999 Toyota Land Cruiser
   Hudson County Prosecutor's Office
   595 Newark Avenue #6, Jersey City, NJ 07306

6. Jersey City Police Department Evidence Bag
   #TH0010688 containing pieces of Toyota Land Cruiser
   Hudson County Prosecutor's Office
   595 Newark Avenue #6, Jersey City, NJ 07306

    7. Riverdale P.D. Video of In Car camera/stop
   of John Dineen
   Hudson County Prosecutor's Office
   595 Newark Avenue #6, Jersey City, NJ 07306

    8. Swab Carton #1 from Decedent
   Hudson County Prosecutor's Office
   595 Newark Avenue #6, Jersey City, NJ 07306

    9. Transcript of the "SPEN" Report Describing Vehicle/Sprint Report
   Hudson County Prosecutor's Office
   595 Newark Avenue #6, Jersey City, NJ 07306

    10. Digital Photographs of 1999 Toyota Landcruiser
   Hudson County Prosecutor's Office
   595 Newark Avenue #6, Jersey City, NJ 07306

    11. Medical records from Jersey City Medical Center – EMS (See Exhibit "C")
   355 Grand Street
   Jersey City, N.J. 07302

    12. Autopsy Report from
   Office of State Medical Examiner (See Exhibit "D")
   325 Norfolk Street
   Newark, NJ 07103

c. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

    As a result of the defendants' actions, Plaintiff/Plaintiff's Decedent experienced physical injuries, conscious pain and suffering, fear of impending death, emotional distress, mental anguish, pecuniary loss including but not limited to loss of financial support, loss of guidance and loss of household services. The specific dollar amount of damages will be calculated by a jury.

d. For inspection and copying as under Rule 34 any insurance agreement which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

    Not applicable.

Dated: New York, New York
May 26, 2011

By: ______________________
ADAM SATTLER
EBANKS & SATTLER, LLP
Attorneys for Plaintiff
20 Vesey Street, Suite 503
New York, NY 10007

To:

MALOOF, LEBOWITZ,
CONNAHAN & OLESKE
Jack F. Maloof, Esq.
127 Main Street
Chatham, New Jersey 07928

SORIANO, HENKEL, BIEHL & MATTHEWS
Thomas Matthews, Esq.
76 Elsenhower Parkway
Roseland, New Jersey 07068-1693

***AFFIDAVIT OF SERVICE***

STATE OF NEW JERSEY)
)ss:
COUNTY OF KINGS)

Jasmine Estrada, being duly sworn deposes and says Deponent is not a party of this action and is over the age of 18 years and resides in the State of New York, that on the **1ST day June, 2011**, I personally served a true and correct copy of the **PLAINTIFF'S INITIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(A)** upon

MALOOF, LEBOWITZ, CONNAHAN
& OLESKE, P.C.
Jack F. Maloof, Esq.
127 Main Street
Chatham, New Jersey 07928

SORIANO, HENKEL, BIEHL
& MATTHEWS, P.C.
Thomas Matthews, Esq.
76 Elsenhower Parkway
Roseland, New Jersey 0708-1693

The address designated by them for that purpose by depositing a true copy of same enclosed in a postage-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

Dated: New York, New York
June 1, 2011

Jasmine Estrada
JASMINE ESTRADA

Sworn to before me this 1st day of June, 2011.

V. Mendez
NOTARY PUBLIC

VANESSA MENDEZ
Commissioner of Deeds
City of New York No. 2-12603
Certificate Filed in New York County
Commission Expires May 1, 2012

Civil Action # 2:11-CV-1176 (SRC)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOY MASON as the Administratix of the Estate of GERMINE FORRESTER, and JOY MASON, individually

Plaintiffs,

-against-

JOHN DINEEN, ROBERT DINEEN, Jr., and MAY RYAN, LLC., doing business as MICHAEL ANTHONY'S RESTAURANT

Defendants.

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(A)**

EBANKS & SATTLER, LLP
Attorneys for Plaintiff
20 Vesey Street, Suite 503
New York, NY 10007
(212) 766-4411

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

*Dated:* ____________________ *Signed:* ______________________________

*Service of a copy of the within* ______________________________ *is hereby admitted.*

*Dated:* ____________________ ______________________________
*Attorney(s) for plaintiff*