UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------x

JOY MASON as the Administratix of the
Estate of GERMINE FORRESTER, and
JOY MASON, individually                   **ORDER GRANTING STAY and**
                                          **ADMINISTRATIVE TERMINATION**

                          Plaintiff,      Civil Action # 2:11-CV-1176 (SRC)(MAS)

        -against-

JOHN DINEEN, ROBERT DINEEN, Jr.,
and MAY RYAN, LLC., doing business as
MICHAEL ANTHONY'S RESTAURANT

                          Defendants.
------------------------------------------------------------x

    For good cause shown on this 18 day of August 2011,

    ORDERED that this matter is hereby stayed pending a final outcome of Defendant JOHN DINEEN's criminal proceeding pending in the County of Hudson, State of New Jersey either through plea or trial; and

    It is further ORDERED that the Clerk administratively terminate this action in the records of this Court, without prejudice to the right of the parties to reopen the proceedings upon letter application to the then presiding Magistrate Judge;

    It is further ORDERED that any statute of limitations defense resulting solely from the entry of this order is waived; and

It is further ORDERED that upon Plaintiff's counsel notification to the court, in writing, that the underlying criminal prosecution has either been resolved through plea or trial, the case can be restored to the active docket.

_____
Adam B. Sattler, Esq.
Attorney for Plaintiff
EBANKS & SATTLER LLP
20 Vesey Street, Suite 503
New York, NY 10007

_____
Jack A. Maloof, Esq.
Attorney for May Ryan, LLC
MALOOF, LEBOWITZ, et al.
127 Main Street
Chatham, NJ 07928

_____
Thomas Matthews, Esq.
Attorney for John Dineen and Robert Dincon
SORIANO, HENKEL et. al.
75 Eisenhower Parkway
Roseland, NJ 07068

_____
Honorable Michael A. Shipp
United States Magistrate Judge